UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
        Petitioner )
     )
V. )   M.B.D. No. 04-10125-GAO
     )
JANICE L. CHACE )
        Respondent )

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States District Judge George A. O'Toole, Jr. for hearing on June 10, 2004, and the respondent Janice L. Chace not having shown any cause why she should not obey the Summons issued to her on September 10, 2003:

IT IS ORDERED that Janice L. Chace obey the Summons and appear (with the documents described in the Summons) before Revenue Officer David Malo or any other officer of the Internal Revenue Service authorized to examine the records and take Janice L. Chace testimony on or before _July 9, 2004_ at 2:00 PM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, (508) 895-8837. Failure to comply with this order shall make the respondent liable for a finding of contempt of court.

_____
United States District Judge

_____
United States Magistrate Judge